■ In the Matter of TAVIA LEMELMAN et al., Appellants, v MARVIN N. SUSS et al., Constituting the Zoning Board of Appeals of the City of Long Beach, Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the Zoning Board of Appeals of the City of Long Beach which, after a hearing, denied petitioners' application for a variance, the appeal is from a judgment of the Supreme Court, Nassau County, entered March 25, 1977, which dismissed the petition. Judgment affirmed, with costs, on the opinion of Mr. Justice Wilkes at Special Term. Hopkins, J. P., Martuscello, Latham and Damiani, JJ., concur.